280 F.2d 430
 Dan E. BRACK, Sr.,
v.
Galen E. HOWELL et al.
 No. 6329.
 United States Court of Appeals Tenth Circuit.
 Feb. 16, 1960.
 
 Ora D. McClellan and Ratner, Mattox & Ratner, Wichita, Kan., for appellant.
 Fleeson, Gooing, Coulson & Kitch, Lilleston, Spradling, Gott, Stallwitz & Hope, and E. P. Villepigue, Wichita, Kan., for appellees.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Docketed and dismissed on motion of appellees for failure of appellant diligently to prosecute.